70 PRACTICE DECISIONS

Illinois Central Railroad Co. *v.* Garish.  Flagler *v.* Crow.

# Illinois Central Railroad Co. *v.* Garish.

(January Term, 1866.)

1. AMENDING THE TRANSCRIPT—*in the Supreme Court.* This court cannot amend a transcript of a record, even by the original papers, should they be produced by a party for that purpose.

2. HOW TO PROCURE A CORRECT TRANSCRIPT. Should matter be copied into the transcript as a part of a bill of exceptions, which is not contained in the original bill of exceptions, the proper course is, upon proper suggestion, supported by affidavit, to ask for a wit of *certiorari,* so that a correct record may be brought up.

MR. O'MELVENEY, for the defendant in error, moved the court to amend the transcript of the record, by striking out of the bill of exceptions appearing therein, certain words interlined, and which are not contained in the original bill of exceptions now on file in this court.

Per CURIAM: We cannot amend the transcript of the record, even by the original papers. We have no control over the original papers belonging to the files of the court below, and such papers cannot properly be filed in this court. The proper practice in such case is, to suggest a diminution of the record, supported by affidavit, and ask for a writ of *certiorari,* so that a correct record may be brought here.

---

# Flagler *v.* Crow.

(April Term, 1866.)

CERTIORARI—*when not required.* Where counsel for the plaintiff in error asked leave to file an additional transcript of the record, instead of applying for a writ of *certiorari,* the court said: "There being no objection, the motion will be allowed."